People v Williams (2025 NY Slip Op 00745)

People v Williams

2025 NY Slip Op 00745

Decided on February 7, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, DELCONTE, AND KEANE, JJ.

55 KA 23-01287

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
RAMAINE R. WILLIAMS, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

BANASIAK LAW OFFICE, SYRACUSE (PIOTR BANASIAK OF COUNSEL), FOR DEFENDANT-APPELLANT. 
BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered April 27, 2023. The judgment convicted defendant upon his plea of guilty of aggravated family offense. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Williams ([appeal No. 1] — AD3d — [Feb. 7, 2025] [4th Dept 2025]).
Entered: February 7, 2025
Ann Dillon Flynn
Clerk of the Court